

## Concurrence Sought // OConnor v Eubanks

Philip Ellison <pellison@olcplc.com>

Sun 2/20/2022 1:21 PM

To: Ziehmer, James (AG) <ZiehmerJ@michigan.gov>
Cc: 'McLaughlinB2@michigan.gov' <mclaughlinb2@michigan.gov>

Jim

I just filed a response to your second motion to dismiss.  I outline therein the problem with your Exhibits A through D. I am preparing to file a motion "to exclude" your attachments (Exs A-D) erroneously attached to a Rule 12(b)(6) motion. The controlling rule is Rule 12(d).

Please let me know if you concur. LR 7.1(a).

//Philip L. Ellison, MBA, JD, Esq
Attorney at Law & Business Counselor
-----------------------------------
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com
-----------------------------------
pellison@olcplc.com
Direct: (989) 642-0055

Motion for Order in 1:21-cv-12837-NGE-PTM O'Connor v. Eubanks et al

cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>
Mon 2/21/2022 2:37 PM

To: do_not_reply@mied.uscourts.gov <do_not_reply@mied.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Ellison, Philip on 2/21/2022 at 2:36 PM EST and filed on 2/21/2022

**Case Name:**       O'Connor v. Eubanks et al
**Case Number:**     1:21-cv-12837-NGE-PTM
**Filer:**           Dennis O'Connor
**Document Number:** 14

**Docket Text:**
**MOTION for Order *to Exclude Exhibits from Rule 12(b)(6) Motion* by Dennis O'Connor. (Ellison, Philip)**

**1:21-cv-12837-NGE-PTM Notice has been electronically mailed to:**

Brian Kenneth McLaughlin     mclaughlinb2@michigan.gov

James A. Ziehmer     ziehmerj@michigan.gov

Kelley Turnock McLean     mcleank@michigan.gov, HarrisT19@michigan.gov, HowdR@michigan.gov, jensonm1@michigan.gov, pungl@michigan.gov

Philip L. Ellison     pellison@olcplc.com, pellison@ecf.courtdrive.com

**1:21-cv-12837-NGE-PTM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=2/21/2022] [FileNumber=10732728-0] [11eb17e0f4937506093c6f2ebcaa66dd4b3caf0cdd2c888d2baa53535f071192677548cf63313baa9499f95526b7e3255c146e8a7ad901f140d98151f5a946ca]]