UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS O'CONNOR,

    Plaintiff,

v.

RACHAEL EUBANKS, TERRY STANTON, and the STATE OF MICHIGAN,

    Defendants.

_____/

Case No. 21-12837
Honorable Nancy G. Edmunds
Magistrate Judge Patricia T. Morris

## JUDGMENT

This putative class action concerns the Uniform Unclaimed Property Program ("UUPP") arising under the State of Michigan's Uniform Unclaimed Property Act (the "Act"), Mich. Comp. Laws §§ 567.221, *et seq*. Plaintiff asserts claims against Defendants for violating his constitutional rights under the Takings Clause of the Fifth Amendment and the Due Process Clause of the Fourteenth Amendment. (ECF No. 5.) On this date, the Court accepted and adopted the Magistrate Judge's report and recommendation to grant Defendants' Second Motion to Dismiss. In accordance with that order,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE, and this case is CLOSED.

    SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: September 2, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 2, 2022, by electronic and/or ordinary mail.

                                      <u>s/Lisa Bartlett</u>
                                      Case Manager