# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 21, 2024

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
May 24, 2024
KELLY L. STEPHENS, Clerk

Re: Rachael Eubanks, et al.
v. Dennis O'Connor
No. 23-1227
(Your No. 22-1780)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 17, 2024 and placed on the docket May 21, 2024 as No. 23-1227.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst