## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DENNIS O'CONNOR,
and all those similarly situated,
     Plaintiffs,

     v.

STATE OF MICHIGAN,
RACHAEL EUBANKS, in her
personal capacity, and
TERRY STANTON, in his
personal capacity
     Defendants

_____/

Case No.: 21-cv-12837
Honorable Nancy G. Edmunds

**ORDER**

| | |
|---|---|
| OUTSIDE LEGAL COUNSEL PLC<br>by PHILIP L. ELLISON (P74117)<br>Counsel for Plaintiff / Proposed Class<br>530 West Saginaw St<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com | JAMES A. ZIEHMER (P75377)<br>BRIAN MCLAUGHLIN (P74958)<br>MICH. DEP'T OF ATT'Y GENERAL<br>Attorneys for Defendants<br>PO Box 30754<br>Lansing, MI 48909<br>(517) 335-7584<br>ZiehmerJ@michigan.gov<br>McLaughlinB2@michigan.gov |
| GRONDA PLC<br>MATTHEW E. GRONDA (P73693)<br>Counsel for Plaintiff / Proposed Class<br>4800 Fashion Sq Blvd, Ste 200<br>Saginaw, MI 48604<br>(989) 233-1639<br>matt@matthewgronda.com | |

_____

### STIPULATED ORDER EXTENDING CASE DEADLINES

On October 6, 2023, the Sixth Circuit affirmed in part and reversed in

party this Court's order adopting the report and recommendation to dismiss

1

Plaintiff O'Connor's lawsuit with prejudice. **ECF No. 32**. Both sides have petition to the United States Supreme Court for review of that appellate decision. The Supreme Court is considering both petitions at its September 30, 2024 conference. This Court thereafter stayed class discovery but allowed individual discovery to go forward.

Given the nearness of decisions on the petitions and for party economy, it is agreed and stipulated that the current deadline for any individual dispositive motions is extended by sixty (60) days. Following the outcome of the September 30, 2024 conference, counsel is to inform the Court of the same and either submit a proposed stipulated order to set a status conference or otherwise propose new deadlines for case resolution.

**IT IS SO ORDERED.**

Dated: September 12, 2024          /s/Nancy G. Edmunds
                                  HON. NANCY G. EDMUNDS
                                  United States District Judge

STIPULATED FOR ENTRY:

/s/ Philip L. Ellison (9/11/2024)      /s/ James A. Ziehmer (w/permission)
PHILIP L. ELLISON (P74117)             JAMES A. ZIEHMER (P75377)
MATTHEW E. GRONDA (P73693)             BRIAN MCLAUGHLIN (P74958)
Counsel for Plaintiff / Proposed Class Counsel for Defendants