UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS O'CONNOR,
and all those similarly situated,

        Plaintiffs,

v.

RACHAEL EUBANKS, TERRY STANTON,
and the STATE OF MICHIGAN,

        Defendants.
_____/

Case No: 21-12837

Honorable Nancy G. Edmunds
Magistrate Judge Patricia T. Morris

**ORDER PERMITTING RESPONSE TO MOTION FOR RECONSIDERATION [55]**

Pursuant to E.D. Mich. L.R. 7.1(h)(3), IT IS ORDERED that Plaintiff may file a response to Defendants' motion for reconsideration (ECF No. 55) within 10 days of entry of this order. The response shall not exceed 15 pages.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: October 27, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 27, 2025, by electronic and/or ordinary mail.

s/Marlena Williams
Case Manager