UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS O'CONNOR,
and all those similarly situated,

       Plaintiffs,

v.

RACHAEL EUBANKS, TERRY STANTON,
and the STATE OF MICHIGAN,

       Defendants.
_____/

Case No: 21-12837

Honorable Nancy G. Edmunds
Magistrate Judge Patricia T. Morris

## JUDGMENT

For the reasons stated in the Court's order entered this date, Defendants' motion for reconsideration is GRANTED and Plaintiff's remaining claims are DISMISSED.

SO ORDERED.

       s/ Nancy G. Edmunds
       Nancy G. Edmunds
       United States District Judge

Dated: December 3, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2025, by electronic and/or ordinary mail.

       s/ Marlena Williams
       Case Manager