Case No. 25-2104

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

DENNIS O'CONNOR, and all those similarly situated

Plaintiff - Appellant

v.

RACHAEL EUBANKS, in her personal capacity; TERRY STANTON, in his personal capacity; STATE OF MICHIGAN

Defendants - Appellees

BEFORE: MOORE, THAPAR, and NALBANDIAN, Circuit Judges.

Upon consideration of the appellees' motion to stay mandate,

It is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 17, 2026